IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOROTHY WHITAKER,**

    **Plaintiff,**

    vs.                                                    CIV No. 18-01046 KG/JFR

**ALEX M. AZAR II, Secretary,**
**U.S. Department of**
**Health and Human Services,**

    **Defendant.**

## **MOTION TO SEAL**

Defendant Alex M. Azar, II, Secretary, U.S. Department of Health and Human Services, hereby moves the Court for permission to file under seal for the following reasons:

1.    Redacting the record would obscure a large portion of the record from the Court's view that is pertinent to the issues at bar.

5.    Plaintiff's counsel was contacted regarding the Motion for Protective Order and has not responded, it is presumed Plaintiff opposes this motion.

Accordingly, Defendant requests permission to seal in the above-referenced case under permanent seal, allowing only the Court and the case participants access.

                                                      Respectfully submitted,

                                                      JOHN C. ANDERSON
                                                      United States Attorney

                                                      */s/ Tiffany L. Walters 2/13/20*
                                                      TIFFANY L. WALTERS
                                                      ROBERTO D. ORTEGA
                                                      Assistant United States Attorney

        P.O. Box 607
        Albuquerque, NM 87103
        505.224.1493
        Tiffany.walters2@usdoj.gov
        Roberto.ortega@usdoj.gov

## CERTIFICATE OF SERVICE

    HEREBY CERTIFY that on February 13, 2020, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

        */s/ Tiffany L. Walters 2/13/20*
        TIFFANY L. WALTERS
        Assistant United States Attorney