IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

vs.                                                                                         Civ. No. 18-1046 KG/JFR

ALEX M. AZAR II, SECRETARY,
U.S. Department of Health and Human Services,

    Defendant.

## AMENDED ORDER

This matter comes before the Court on Defendant's Opposed Motion to Stay Deadline for Filing the Pretrial Order (Motion), filed June 18, 2020. (Doc. 45). Plaintiff filed a response on July 2, 2020. (Doc. 46). The Motion is now fully briefed. (Doc. 47).

Defendant moves to stay the deadline for filing the pretrial order, June 18, 2020, until the Court decides Defendant's Motion for Summary Judgment (Doc. 36), filed April 16, 2020. Defendant requests that the pretrial order be due two weeks after the Court decides the Motion for Summary Judgment.[1] Plaintiff opposes the Motion.

Considering that the parties did not meet the June 18, 2020, pretrial order deadline, the Court must reset the pretrial order deadlines for the case to proceed. The Court further notes that the pretrial order must reflect the Court's rulings with respect to the Motion for Summary Judgment.

Given that the Court has not set a trial date, the Court resets the pretrial order deadlines as follows:

---

[1] Defendant also requests, in the alternative, that the Court extend the deadline for filing the pretrial order to July 9, 2020. Of course, that proposed deadline has passed.

1.  Proposed pretrial order from Plaintiff to Defendant:  April 5, 2021; and

2.  Pretrial order filed by Defendant:  April 19, 2021.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE