IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

vs.                                             Civ. No. 18-1046 KG/JFR

ALEX M. AZAR II, SECRETARY,
U.S. Department of Health and Human Services,

    Defendant.

## PARTIAL SUMMARY JUDGMENT

Having granted Defendant's Motion for Summary Judgment and Memorandum in Support (Doc. 36) in part by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant on the Title VII discrimination claim based on race or color, and

2. that claim is dismissed with prejudice.

UNITED STATES DISTRICT JUDGE