IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

vs.  Civ. No. 18-1046 KG/JFR

ALEX M. AZAR II, SECRETARY,
*U.S. Department of Health and Human Services*,

    Defendant.

## **AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference to set a trial in this matter will be held by telephone on **TUESDAY, JUNE 15, 2021, AT 3:00 PM**. Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE