IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

v.                                                   No. 1:18-cv-01046 KG/JFR

XAVIER BECERRA, SECRETARY,
U.S. Department of Health and Human Services

    Defendant.

**NOTICE OF DEFENDANT'S POSITION ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (DOC. 78)**

Defendant hereby notifies the Court that Plaintiff's counsel, Trent Howell, conferred with defense counsel on August 2, 2021, regarding Defendant's position on his Motion to Withdraw as Counsel for Plaintiff (Doc. 78) in accordance with Rule 7.1(a). As indicated in the August 3, 2021 status conference, Defendant takes no position on the motion. *See* Doc. 77.

                                        Respectfully Submitted,

                                        FRED J. FEDERICI
                                        Acting United States Attorney

                                        */s/ Electronically filed 8/6/2021*
                                        TIFFANY L. WALTERS
                                        ROBERTO D. ORTEGA
                                        Assistant United States Attorneys
                                        P.O. Box 607
                                        Albuquerque, NM 87103
                                        (505) 224-1493; Fax (505) 346-2558
                                        Tiffany.Walters2@usdoj.gov
                                        Roberto.Ortega@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2021, Defendants filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

                                        */s/ Tiffany L. Walters*
                                        TIFFANY L. WALTERS
                                        Assistant United States Attorney