IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER

        Plaintiff,

v.                                          Case No. 1:18-cv-1046 KG/JFR

ALEX M. AZAR II, SECRETARY,
U.S. Department of Health and Human Services,

        Defendant.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

THIS MATTER comes before the Court upon the Motion to Withdraw as Counsel for Plaintiff (the "Motion"), filed August 4, 2021 (Doc. 78) by Trent A. Howell. Having reviewed the Motion, the record, and the case, the Court finds the Motion is well taken.

**THEREFORE,**

IT IS ORDERED that the Motion is GRANTED and effective immediately, Trent A. Howell is no longer counsel of record for Plaintiff Dorothy Whitaker ("Plaintiff").

IT IS FURTHER ORDERED that within fourteen (14) days, Plaintiff shall either retain new counsel and have that attorney file a written appearance or file a written notification with the Clerk advising the Court that she wishes to be self-represented and providing her current mailing address and telephone number at which she may be contacted and served with filings by the Court and Defendant.

IT IS FURTHER ORDERED that until Plaintiff or her counsel files such notification or appearance, she shall be served at the e-mail address of bbelain77@gmail.com.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE