IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

vs.                                                      CIV No. 18-01046 KG/JFR

XAVIER BECERRA,[1] SECRETARY,
U.S. Department of Health and Human Services

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO VACATE TRIAL SETTING AND PRETRIAL DEADLINES (DOC. 79)

THIS MATTER having come before the Court upon Defendant's Motion to Vacate Trial Setting and Pretrial Deadlines (Doc. 79), the Court having read the motion and being otherwise fully advised in the premises finds that the motion is well taken.

IT IS HEREBY ORDERED that the trial currently set for October 4, 2021, and the pretrial conference set for September 23, 2021, and all other pretrial deadlines set by the Court's Order (Doc. 66) are hereby vacated.

                                                                     UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Tiffany L. Walters 8/9/21*
TIFFANY L. WALTERS
ROBERTO D. ORTEGA
Assistant United States Attorneys
Tiffany.walters2@usdoj.gov
Roberto.ortega@usdoj.gov

---

[1] Xavier Becerra is now the Secretary of this department and should be substituted for Secretary Azar.