IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

vs.                                                Civ. No. 18-1046 KG/JFR

XAVIER BECERRA, SECRETARY,
*U.S. Department of Health and Human Services*,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte* after the Court entered an order (Doc. 82) granting Motion to Withdraw from Case (Doc. 78), filed by counsel Trent Howell. Subsequently, and as a result, this Court entered an order (Doc. 83), granting Defendant's motion to Vacate Notice of Hearing, Trial Setting, and Pretrial Deadlines (Doc. 79). Plaintiff Dorothy Whitaker presently is without counsel and it remains uncertain whether she will proceed with counsel or *pro se* (i.e., represent herself on her own behalf in this case). A trial cannot be re-set until Plaintiff notifies the Court of her intention.

Therefore, Plaintiff shall notify the Court of her intentions with respect to representation. Notwithstanding this Court's previous order (Doc. 82) requiring notification within 14 days, the Court hereby orders Plaintiff to notify this Court by indicating on the form provided with this Order, signing and filing on the Court's docket no later than 5:00 p.m. (Mountain Time), Thursday, September 9, 2021.

A status conference is set for Monday, September 13, 2021, at 11:00 a.m. via ZOOM, at which time, Plaintiff shall report to the Court through new counsel or *pro se* whether a trial in this matter will be necessary to resolve her remaining claims.

Instructions to enter the status conference via ZOOM are as follows – ID: 160 799 7382; Passcode: 647046.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

        Plaintiff,

v.                                                                  Case No. 1:18-cv-1046 KG/JFR

XAVIER BECERRA, SECRETARY,
U.S. Department of Health and Human Services,

        Defendant.

## NOTICE

    I, Dorothy Whitaker, having fully considered whether I should proceed in this civil case with or without a lawyer, hereby knowingly, intelligently and voluntarily will proceed in this civil case:

        WITH Counsel                 WITHOUT counsel
                    (circle one)

If proceeding with counsel:

        Counsel's name: _____
        Address:_____
        Telephone number:_____
        e-mail address:_____


Signed: _____
        DOROTHY WHITAKER