**Trent Howell**

| | |
|---|---|
| **From:** | bbelain77@gmail.com |
| **Sent:** | Friday, November 9, 2018 7:52 AM |
| **To:** | Trent Howell |
| **Subject:** | Accept contact agreement |

Mr. Howell, I accept the terms of the contract and will get signed copy off to you this evening.
Dorothy

Sent from my iPhone

1

**EXHIBIT D**