| | | | | | |
|---|---|---|---|---|---|
| Gross Settlement | $ | 650,000.00 | | Contingency % = | **30%** |
| - Case Costs | $ | 1,251.74 | | | |
| Equals "Recovery" After Costs | $ | 648,748.26 | x 30% = | Attorney Fee of | $ 194,624.48 |
| - Attorney Contingency (@ 30%) | $ | 194,624.48 | | | |
| Settlement Portion to Dorothy | $ | 454,123.78 | | | |
| - Tully Rinker Fee (Dorothy's estimate of amt paid) | $ | 77,000.00 | | | |
| Dorothy's Net Proceeds before Taxes | $ | 377,123.78 | | | |

Atty Fee + Costs   $  195,876.22

**EXHIBIT F**

| Date | Description | Amount | Category |
|---|---|---|---|
| 11/10/2018 | Complaint & Filing Fees | $ 400.00 | |
| 1/30/2020 | Deposition of Dorothy Whitaker | $ 851.74 | |

**EXHIBIT F**