| | |
|---|---|
| **From:** | Dorothy Whitaker |
| **To:** | Trent Howell; Tiffany.walters2@usdoj.gov |
| **Subject:** | I am dismissing Trent Howell |
| **Date:** | Friday, July 30, 2021 9:40:53 PM |

Mr. Howell,

This is to inform you that I no longer desire your services of representation. We have been at odds and continue to be so since the mediation of July 16th. I was pressured throughout the mediation and only went along because I wanted to believe that you were representing my best interest, given that it was your responsibility to do so.

Since the mediation you have increased your pressure campaign against me to sign the 1099 settlement agreement, even though it provides me little to no benefit. And this is the reason that we have not been able to speak by phone and because your pressure communications by email have gotten worse, I cannot continue like this. My blood pressure it up and I am having to take more anti-anxiety medications. As my representative, I trusted you, now I see that many things, like medical part should have been included, but you played it down and I followed your lead, but it should have been included. This is a W2 case, but you side with the defendant's need for me to accept a 1099. The settlement was to be a compromise of both parties, however, all we got was the one-sided pre-printed settlement agreement. You said that I could make requirements, but you then say I cannot. I won't go into everything, because I already know that you have an explanation for everything against me. And that is what I end up with the most from this case. The settlement the way it is with the 1099 is a further assault against me.

To Ms. Tiffany Waters, I still want to resolve this case and I am willing to work towards doing so.

Sincerely,

Dorothy Whitaker

**EXHIBIT G**