IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY WHITAKER,

    Plaintiff,

v.                                                No. 1:18-cv-01046 KG/JFR

XAVIER BECERRA, SECRETARY,
U.S. Department of Health and Human
Services,

    Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Dismiss (Doc. 106), the Court having read the motion and being otherwise fully advised in the premises finds that the motion is well taken.

IT IS HEREBY ORDERED that the motion is granted, and the case is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

                                                         UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Tiffany L. Walters 12/13/21*
TIFFANY L. WALTERS
ROBERTO D. ORTEGA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
505.224.1493
Tiffany.walters2@usdoj.gov
Roberto.ortega@usdoj.gov

APPROVED BY:

*/s/ Trent Howell approved 12/10/21*
Trent Howell
P.O. Box 2304
Santa Fe, NM 87504
(505) 919-9158
trent@trentahowell.com

*Intervenor*

APPROVAL NOT OBTAINED FROM:

Dorothy Whitaker
2116 Fernglen Way
Catonsville, MD 21228
bbelain77@gmail.com

*Plaintiff, Pro se*

On December 7, 2021, Tiffany Walters, counsel for the United States, emailed Plaintiff Dorothy Whitaker, Pro se, to obtain her approval of the proposed order. To date, Plaintiff Whitaker has not responded.